[No. 3030–2.   Division Two.   August 4, 1978.]

THE STATE OF WASHINGTON, *Appellant,* v. RANDY
VERNON BROOKS, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. C–3215, Terence Hanley, J., entered July 11,
1977. *Affirmed* by unpublished opinion per Pearson, C.J.,
concurred in by Petrie and Soule, JJ.

[No. 5702–1.   Division One.   August 7, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. ALMA LEE
SANFORD, *Defendant,* EARL BROOKS,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80466, Horton Smith, J., entered May 23,
1977. *Affirmed* by unpublished opinion per James, J., con-
curred in by Williams and Ringold, JJ.

[No. 5598–1.   Division One.   August 7, 1978.]

WASHINGTON BELT, INC., *Appellant,* v. EVERETT
PLYWOOD CORPORATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 131048, Phillip G. Sheridan, J.,
entered May 7, 1977. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Williams and Andersen, JJ.